# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Advanced Constructors International, LLC ) | ASBCA Nos. 58604, 58739, 58740, 58741 |
| ) | |
| Under Contract No. W5J9LE-11-C-0020 ) | |

APPEARANCES FOR THE APPELLANT:

Richard L. Moorhouse, Esq.
John D. Altenburg, Esq.
Ryan C. Bradel, Esq.
  Greenberg Traurig, LLP
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:

Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James D. Stephens, Esq.
Tania Wang, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 8 October 2015

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58604, 58739, 58740, 58741, Appeals of Advanced Constructors International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals